UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY CADDELL, | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-cv-2249 |
| | § | |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, WILLIAM STEPHENS, | § | |
| RICK THALER, ROBERT EASON, JEFF | § | |
| PRINGLE, BALDEN POLK, LOUIS | § | |
| WILLIAMS, LANETTE LINTHICUM, | § | |
| PHYLLIS McWHORTER, and the TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE | § | |
| DEFENDANTS | § | |

## DECLARTION OF BRADLEY CADDELL

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, and state, on this day, under penalty of perjury, that the foregoing is true and correct. The facts to which I attest herein are from my personal knowledge.

1. My name is Bradley Caddell. I am over 18 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts stated in it. The facts stated herein are true to the best of my knowledge, and I am competent to testify as to the same.

2. I was a prisoner at the Hutchins State Jail on June 30, 2012. I suffered a heat stroke at Hutchins State Jail on June 30, 2012.

3. I was released from prison on December 7, 2012.

4. On June 20, 2014, I was not incarcerated.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, and state, on this day, July 25, 2014, under penalty of perjury, that the foregoing is true and correct.

Bradley Caddell