IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY CADDELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:14-CV-2249-D |
| VS. | § | |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The clerk of court has advised the court that counsel for plaintiff may not have complied with the local counsel requirement of N.D. Tex. Civ. R. 83.10(a), which provides:

> Unless exempted by LR 83.11, local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district. "Local counsel" means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending. Attorneys desiring to proceed without local counsel must obtain leave from the presiding judge. If the request for leave is denied, written designation of local counsel must be filed within 14 days of the denial.

Accordingly, within 21 days of the date this order is filed, counsel must file with the clerk of court one of the following: (1) a letter that demonstrates why counsel is not subject to, or is exempt from, the local counsel requirement of N.D. Tex. Civ. R. 83.10(a) or that points out how and when local counsel has previously been designated; (2) a designation of local counsel that states local counsel's address and telephone number, as required by Fed. R. Civ. P. 11(a), and includes the information required by N.D. Tex. Civ. R. 10.1(b); or (3) a motion for leave to proceed without local counsel. Counsel who are not members of the Bar of this court and have not been admitted *pro hac vice* in this case must at the same time apply for admission to the Bar or for admission *pro hac vice*.

**SO ORDERED.**

August 27, 2014.

                                          _____
                                          SIDNEY A. FITZWATER
                                          CHIEF JUDGE