UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY CADDELL, *et al.*, | § § § | |
| Plaintiffs, | § | |
| vs. | § § | CIVIL ACTION NO. 4:14-CV-03323 |
| BRAD LIVINGSTON, *et al.*, | § § § | |
| Defendants. | § | |

### Joint Motion to Stay Discovery and Other Matters

The Parties jointly file this motion stay discovery and all other matters for **seventy-five (75) days.** The parties have reached a preliminary settlement agreement for this case and the related cases pending before the Court. The preliminary settlement is subject to multiple levels of approval, including approval from the Attorney General, the Governor, the Comptroller, and others. The parties anticipate that the settlements will be approved following completion of the process. The parties request that deadlines be extended and discovery stayed so that they may work through the settlement process.

The Parties respectfully request all proceedings and discovery in this case be stayed and deadlines extended for seventy-five days. As settlements become final in this and the related cases, the parties will notify the Court and will file a motion to dismiss the case. Within seventy-five days, the parties will notify the Court of the status of any remaining cases in which the settlement process is not complete.  There are currently no deadlines falling within the next seventy-five days in this case.

Respectfully submitted,

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | /s/ Jeff Edwards<br>**JEFF EDWARDS**<br>State Bar No. 24014406<br>Lead Counsel |
| **JEFFREY C. MATEER**<br>First Assistant Attorney General | **SCOTT MEDLOCK**<br>State Bar No. 24044783 |
| **BRANTLEY STARR**<br>Deputy First Assistant Attorney General | **DAVID JAMES**<br>State Bar No. 24092572 |
| **JAMES E. DAVIS**<br>Deputy Attorney General for Civil Litigation | **MICHAEL SINGLEY**<br>State Bar No. 00794642 |
| **LACEY E. MASE**<br>Assistant Attorney General<br>Chief, Law Enforcement Defense Division | **EDWARDS LAW**<br>The Haehnel Building<br>1101 East 11th Street<br>Austin, Texas 787002<br>Phone: (512) 623-7727<br>Fax: (512) 623-7729 |
| /s/ Leah O'Leary<br>**LEAH O'LEARY**<br>Assistant Attorney General<br>Lead Attorney<br>Texas Bar No. 24079074<br>Southern District ID No. 1563191<br>Leah.OLeary@oag.texas.gov | **ATTORNEYS FOR THE PLAINTIFFS** |
| **LAW ENFORCEMENT DEFENSE DIVISION**<br>P. O. Box 12548, Capitol Station<br>Austin, Texas  78711<br>Phone: (512) 463-2080<br>Fax No.: (512) 370-9918 | |
| **ATTORNEYS FOR TDCJ AND TDCJ INDIVIDUAL DEFENDANTS** | |

## NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY,** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on February 7, 2018.

/s/ Leah O'Leary
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

 I, **LEAH O'LEARY**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served by electronic service on this 7th of February, 2018 addressed to all attorneys of record.

          */s/ Leah O'Leary*
          Assistant Attorney General